IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARVIN ARDIS, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-462-WKW |
| | ) | (WO) |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On May 23, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) that the petition for habeas corpus relief filed by Petitioner Marvin Ardis is due to be denied and dismissed with prejudice. The Recommendation reasoned that because Petitioner had a full and fair opportunity to litigate his Fourth Amendment claim in the state courts, this Court is precluded from considering the issue raised in the petition. Petitioner filed an objection (Doc. # 29) seeking an evidentiary hearing to resolve the alleged discrepancy in Respondents' testimony.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 29) is OVERRULED;

2. The Recommendation (Doc. # 28) of the Magistrate Judge is ADOPTED;

3. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED as MOOT; and

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of June, 2006.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE