IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARVIN ARDIS, III,                          )
                                            )
        Petitioner,                         )
                                            )
        v.                                  )        CASE NO. 1:04-CV-462-WKW
                                            )        (WO)
STATE OF ALABAMA, et al.,                   )
                                            )
        Respondents.                        )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER,

JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice.  Each party

is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 14th of June, 2006.


                                  /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE